**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:25-CV-00598-RGJ-CHL**

**MONICA GRAHAM,**                                                                    **Plaintiff,**

**v.**

**LOUISVILLE METRO GOVERNMENT, et al.,**                              **Defendants.**

## ORDER

The undersigned held a telephonic status conference in this matter on June 9, 2026. Participating were the following:

FOR PLAINTIFF:         Annemarie Alonso; George A. Budd

FOR DEFENDANTS:     Richard David Elder; Darryl S. Lavery

The Court and the Parties discussed the status of the action and, in particular, the Parties' readiness for productive settlement negotiations.  The Parties indicated that they had discussed that and needed to complete a bit more discovery before engaging in negotiations.  This would also accommodate the need for new counsel for Defendants to get up to speed on the case, which the Court cautioned was not going to be sufficient standing alone to adjust the schedule particularly in view of how much time is remaining in discovery.  The Court will direct the Parties to submit a joint status report as set forth below.

Accordingly,

IT IS HEREBY ORDERED that on or before **August 7, 2026**, the Parties shall file a joint status report regarding their progress in discovery and their readiness for productive settlement negotiations.  While they shall include no specific offers or demands in their report, the Parties shall address whether are reading to engage in a structured approach to settlement and whether

they intend to schedule a private mediation or request either a settlement conference or *ex parte*

calls regarding settlement with the undersigned.

Colin H Lindsay, Magistrate Judge

United States District Court

cc: Counsel of record

June 29, 2026

0|10

2