UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY AT LOUISVILLE

MONICA GRAHAM,
as representative of the
ESTATE OF RICHARD GRAHAM )
                      Plaintiff )
                       )
v. ) CIVIL ACTION NO. 3:25-cv-0598-RGJ
                       )
LOUISVILLE METRO GOVERNMENT, )
*et. al.* )
                       )
             Defendants )

## <u>JOINT STATUS REPORT</u>

Come now, the parties, by counsel, and hereby respectfully report the following

information to the Court:

1. Per Dkt. 22, the parties are required to submit a Joint Status Report.

2. Discovery is ongoing. Specifically, Plaintiff will be taking a 30(b)(6) deposition

   as well as a remaining defendant deposition and Defendants are currently

   scheduling depositions of various family members of the deceased.

3. Plaintiff has sent a demand at the request of the Defendant.

4. There are no current discovery disputes between the parties.


                                 Respectfully submitted,


                                 /s/*Annemarie Alonso*
                                 Annemarie C Alonso, admitted *pro hac vice*
                                 Jonathan C. Little, admitted *pro hac vice*
                                 Saeed and Little, LLP
                                 133 W. Market Street, #189
                                 Indianapolis

Indianapolis, IN 46204
317-721-9214
annie@sllawfirm.com
jon@sllawfirm.com
And

/s/*George A. Budd, V*_____
George A. Budd, V
Schad Law, P.C.
309 Pearl Street, 2nd Floor
New Albany, IN 47150
812-945-4555
727-897-8031
gbudd@schadlaw.com

*Counsel for Plaintiff*

and


/s/ *John Harrison* w/permission
John S. Harrison
MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY
Assistant Jefferson County Attorneys
200 S. Fifth Street, Suite 300N
Louisville, Kentucky 40202
(502) 574-3493
richard.elder@louisvilleky.gov
john.harrison@louisvilleky.gov

*Counsel for Defendants*

*/s/ Darryl S. Lavery (with permission)*
Darryl S. Lavery
Earl L. Martin III
STEPTOE & JOHNSON, PLLC
101 South Fifth Street, Suite 3200
Louisville, KY 40202
(502) 423-2016
darryl.lavery@steptoe-johnson.com
earl.martin@steptoe-johnson.com

*Counsel for Defendants*

2

**<u>Certificate of Service</u>**

I hereby certify that the foregoing has been served to all counsel of record via the Court's e-filing system on this 6th day of August, 2026.

/s/*<u>Annemarie Alonso</u>*
Annemarie Alonso