**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:25-CV-00598-RGJ-CHL**

**MONICA GRAHAM,**                                                                          **Plaintiff,**

**v.**

**LOUISVILLE METRO GOVERNMENT, et al.,**                                  **Defendants.**

## <u>ORDER</u>

Before the Court is the Parties' Joint Status Report.  (DN 23.)  Given that the Parties still need to take some party depositions and that Plaintiff only recently served a demand,

IT IS HEREBY ORDERED that on or before **September 30, 2026**, the Parties shall file a joint status report regarding their progress in discovery and their readiness for productive settlement negotiations.  While they shall include no specific offers or demands in their report, the Parties shall address whether are reading to engage in a structured approach to settlement and whether they intend to schedule a private mediation or request either a settlement conference or *ex parte* calls regarding settlement with the undersigned.

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record

August 12, 2026