UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MONICA GRAHAM,<br>as representative of the<br>ESTATE OF RICHARD GRAHAM<br>Plaintiff | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 3:25-cv-0598-RGJ |
| LOUISVILLE METRO GOVERNMENT,<br>*et. al.*<br><br>Defendants | )<br>)<br>)<br>)<br>) |

**<u>JOINT STATUS REPORT</u>**

Come now, the parties, by counsel, and hereby respectfully report the following information to the Court:

1. Per Dkt. 24, the Parties are required to submit a Joint Status Report.
2. Plaintiff served a 30(b)(6) notice on August 7, 2026. Defendant's counsel has responded on September 29, 2026 that he will be in contact with his client on October 1, 2026 to discuss these topics and potential deposition dates.
3. Defendants have also identified various fact witnesses they wish to depose and will work with Plaintiff's counsel to complete those depositions prior to the close of fact discovery.
4. The Parties have reviewed the current pretrial deadlines and, subject to the Court's approval, propose a slight modification in the current set of deadlines as follows:
    a. Plaintiff's Expert Disclosures: **<u>2/26/27</u>** (***previously 12/28/27***)
    b. Defendants' Expert Disclosures: **<u>4/30/27</u>** (***previously 2/9/27***)

c. Expert Discovery Deadline: **5/28/27** (***previously 3/12/27***)

d. Dispositive/Daubert Motion Deadline: **6/25/27** (***previously 4/30/27***)

e. All other deadlines previously set to remain the same.

5. Due to the fact that discovery is ongoing and important depositions have not yet been completed, the Parties believe that a settlement conference/mediation is premature at this time.

6. Plaintiff believes that mediation should be scheduled after expert reports are due.

Respectfully submitted,

__s/*Annemarie Alonso*________
Annemarie C. Alonso, admitted *pro hac vice*
Jonathan C. Little, admitted *pro hac vice*
Saeed and Little, LLP
133 W. Market Street, #189
Indianapolis
Indianapolis, IN 46204
317-902-9720
annie@sllawfirm.com
jon@sllawfirm.com
And

_/s/*George A. Budd, V*_____
George A. Budd, V
Schad Law, P.C.
309 Pearl Street, 2nd Floor
New Albany, IN 47150
812-945-4555
727-897-8031
gbudd@schadlaw.com

*Counsel for Plaintiff*
And

/s/ *Richard Elder* w/permission
Richard Elder
John S. Harrison
MICHAEL J. O'CONNELL



32311885.1

JEFFERSON COUNTY ATTORNEY
Assistant Jefferson County Attorneys
200 S. Fifth Street, Suite 300N
Louisville, Kentucky 40202
(502) 574-3493
richard.elder@louisvilleky.gov
john.harrison@louisvilleky.gov

/s/ *Darryl S. Lavery*
Darryl S. Lavery (KBA# 88962)
Earl L. Martin III (KBA# 88230)
STEPTOE & JOHNSON, PLLC
101 South Fifth Street, Suite 3200
Louisville, KY 40202
(502) 423-2000
(502) 423-2001 (Fax)
darryl.lavery@steptoe-johnson.com
earl.martin@steptoe-Johnson.com

*Counsel for Defendants*

**Certificate of Service**

I hereby certify that the foregoing has been served to all counsel of record via the Court's e-filing system on this 30th day of September, 2026

/s/ *Darryl S. Lavery*
Darryl S. Lavery