**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:25-CV-00598-RGJ-CHL**

**MONICA GRAHAM,** **Plaintiff,**

**v.**

**LOUISVILLE METRO GOVERNMENT, et al.,** **Defendants.**

**ORDER**

Before the Court is the Parties' Joint Status Report. (DN 29.) The Parties advised that fact discovery is ongoing and they still need to complete important depositions before they would be in a position to assess the productivity of settlement discussions. (*Id.*) The Parties also proposed a slight modification to the current deadlines. However, as the Court has previously advised the Parties, the trial date set in this matter is unique to this case and will not be modified absent a specific showing of good cause related to factors outside the Parties' control. Because of that and to give the Court adequate time to rule on any dispositive and/or *Daubert* motions filed, the Court is extremely unlikely to move the deadline for filing dispositive and *Daubert* motions absent a similar showing. No such showing is made in their joint status report, and thus, the Court declines to modify the schedule as proposed.

Accordingly,

IT IS HEREBY ORDERED that on or before **January 29, 2027**, the Parties shall file a joint status report regarding their progress in discovery and their readiness for productive settlement negotiations. While they shall include no specific offers or demands in their report, the Parties shall address whether are reading to engage in a structured approach to settlement and

whether they intend to schedule a private mediation or request either a settlement conference or *ex parte* calls regarding settlement with the undersigned.

October 6, 2026

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record